UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

MERIDA CAPITAL PARTNERS III LP,       :

                      Plaintiff,                         :        25-CV-01235 (JAV)

           -v-                                :        <u>ORDER</u>

JACOB FERNANE, et al.,                     :

                     Defendants.              :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On April 15, 2025, the parties appeared for an initial pretrial conference with the Court. ECF No. 14. As stated at the conference, it is HEREBY ORDERED that Defendants may file a letter motion to stay discovery by April 22, 2025. Plaintiff's opposition to the motion shall be due by April 29, 2025. Defendants' reply papers shall be due by May 2, 2025.

      It is FURTHER ORDERED that Plaintiff's opposition to Defendants' Motion to Compel Arbitration, ECF No. 29, shall be due by May 5, 2025. Defendants' reply papers shall be due by May 12, 2025.

SO ORDERED.

Dated: April 15, 2025
      New York, New York

                                                                 JEANNETTE A. VARGAS
                                                                 United States District Judge